171 A.3d 1266

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. M.D.M., DEFENDANT–PETITIONER.

C–2L6 Sept.Term 2017
079368

October 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000854–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.